

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

In re Timothy Patrick Lee,                    * Original Mandamus Proceeding


No. 11-24-00046-CR                            * March 7, 2024


                                              * Memorandum Opinion by Bailey, C.J.
                                                (Panel consists of: Bailey, C.J.,
                                                Trotter, J., and Williams, J.)

This court has considered Timothy Patrick Lee's petition for writ of mandamus and concludes that the petition should be denied. Therefore, in accordance with this court's opinion, the petition for writ of mandamus is denied.